THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALEXANDER BRINSON, #146986, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:09-CV-1022-ID |
| ) | [WO] |
| ) | |
| Dr. DARBOUZE, *et al.*, ) | |
| ) | |
| Defendants. ) | |

# **ORDER**

On November 10, 2009, the Magistrate Judge filed a Recommendation in this case (Doc. No. 3) to which Plaintiff has not objected despite receiving an extension of time in which to file. Upon an independent review of the file in this case and upon CONSIDERATION of the Recommendation of the Magistrate Judge, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge is hereby ADOPTED.

2. This case be and the same is hereby DISMISSED without prejudice for Plaintiff's failure to pay the full filing fee upon the initiation of this case.

Done this 9th day of March, 2010.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE