THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ALEXANDER BRINSON, #146986,   )
                              )
        Plaintiff,            )
                              )
v.                            )   CIVIL ACTION NO. 2:09-CV-1022-ID
                              )              [WO]
                              )
Dr. DARBOUZE, *et al.,*        )
                              )
        Defendants.           )

# ORDER

On March 9, 2010, this Court entered an Order (Doc. No. 27) adopting the Recommendation of the Magistrate Judge issued on November 10, 2009 (Doc. No. 3), and Final Judgment (Doc. No. 28), which dismissed the case without prejudice. These entries were made in error, as Plaintiff received a second extension of time, through March 25, 2010, in which to object to the Recommendation. *See* Doc. 26.

Accordingly, for good cause, the Order (Doc. No. 27) and Final Judgment (Doc. No. 28) are hereby **VACATED**.

Done this 10th day of March, 2010.


/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE