IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALEXANDER BRINSON, #146986, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 2:09-cv-1022-ID |
| v. | ) (WO) |
| | ) |
| DR. DARBOUZE, *et al.*, | ) |
| | ) |
| Defendants. | ) |

# **O R D E R**

Before the court are the Recommendation of the Magistrate Judge (Doc. #3) and Plaintiff Alexander Brinson's Objections to the Recommendation of the Magistrate Judge. (Doc. #39). Having conducted a *de novo* determination of those portions of the Recommendation of the Magistrate Judge to which objection is made, it is CONSIDERED and ORDERED as follows:

1. That Plaintiff's Objections (Doc. #39) be and the same are hereby OVERRULED.

2. That the Recommendation of the Magistrate Judge (Doc. #3) be and the same is hereby ADOPTED, APPROVED and AFFIRMED.

3. That this action be and the same is hereby DISMISSED, without prejudice, due to Plaintiff's failure to pay the full filing fee upon the initiation of this case.

Done this the 29th day of April, 2010.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE